UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
           *Plaintiff-Appellee,*

v.

JONATHON DOVER, a/k/a JUAN BLASE, a/k/a Blaze,
           *Defendant-Appellant.*

No. 02-4747

Appeal from the United States District Court
for the District of South Carolina, at Florence.
C. Weston Houck, District Judge.
(CR-01-633)

Submitted: March 6, 2003

Decided: March 17, 2003

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

## COUNSEL

Mario A. Pacella, STROM LAW FIRM, L.L.C., Columbia, South Carolina, for Appellant. Rose Mary Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**OPINION**

PER CURIAM:

Jonathon Dover pled guilty to conspiracy to possess with intent to distribute cocaine base, 21 U.S.C. § 846(a)(2000). Dover's counsel has a filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), raising one possible sentencing issue on appeal, but stating that, in her view, there are no meritorious issues for appeal. Dover was informed of his right to file a pro se supplemental brief but has failed to do so.

Dover's sentence was enhanced for possession of a firearm during drug transactions under *U.S. Sentencing Guideline Manual* § 2D1.1 (2000) based on cooperating witnesses' statements that Dover routinely carried firearms during drug transactions. Dover objected to the presentence report's recommendation of that enhancement but withdrew the objection at the sentencing hearing. We find the district court did not commit clear error in its application of the firearm enhancement. *See United States v. McAllister*, 272 F.3d 228, 234 (4th Cir. 2001).

In accordance with *Anders*, we have reviewed the entire record in this case and have found no meritorious issues for appeal. We therefore affirm Dover's conviction and sentence. This court requires that counsel inform her client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*